# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No. 09 MJ 3222 |
| | ) | |
| V. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | Title 18, United States Code |
| Stephen Holmes | ) | Section 751(a) and 4082(a) Escape |
| | ) | From Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about October 29th, 2009, at San Diego, California, in the Southern District of California, Stephen Holmes did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: Correctional Alternatives Residential Re-Entry Center, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Bank Robbery in violation of Title 18 United States Code 2113 and in violation of Title 18 United States Code Section, 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

Kevin J. Ferran
Deputy U.S. Marshal

Sworn to before me, and subscribed in
My presence this 8th day of November, 2009.

U.S. Magistrate Judge

# AFFIDAVIT

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

I, Kevin J. Ferran, being duly sworn, hereby depose and say:

1. I am a Deputy U.S. Marshal and have been so employed for 2 years and 2 months.

2. This affidavit is made in support of a complaint against Stephen HOLMES for escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a).

3. On October 31st, 2009 at 00:15 hours, the United States Marshals Service, S/CA, received a report that Stephen HOLMES had escaped from the Correctional Alternatives Residential Re-Entry Center, 551 South 35th Street, San Diego, California, a federally contracted facility.

4. On October 31st, 2009, I reviewed files from the United States Marshals Service and the Correctional Alternatives Residential Re-Entry Center. My review of the files revealed the following facts:

   a. On May 29th, 2001, records show that HOLMES had received a sentence of 130 months custody imposed by United States District Court Judge Marilyn Huff, Southern District of California, after having been convicted of violating Title 18 USC 2113 Bank Robbery with 3 years of supervised release.

   b. On September 17, 2009, HOLMES was Furlough from FCI La Tuna, El Paso, TX via Greyhound Bus to 551 South 35th Street, San Diego, California, Correctional Alternatives Residential Re-Entry Center and arrived on September 18, 2009 in a timely manner.

   c. On October 29th, 2009, HOLMES signed out of Correctional Alternatives at approx. 08:25 hours and never returned.

   e. On October 30th, 2009, The Correctional Alternatives Residential Re-Entry Center contacted local law enforcement & local hospitals producing negative results. HOLMES failed to return to the Correctional Alternatives Residential Re-Entry Center and has not made contact with the facility. A search of the facility and the surrounding area was conducted as well as checks with local law enforcement and emergency service agencies in the San Diego area, all of which provided negative results in the whereabouts of HOLMES and his current whereabouts are unknown and he remains a fugitive.

   g. HOLMES has not returned to Correctional Alternatives Residential Re-Entry Center nor has he surrendered to the United States Marshals Service as of November 2, 2009.